Disposition of Petitions for Discretionary Review Under G.S. 7A-31

## STATE v. JACKSON

No. 762P85.

Case below: 77 N.C. App. 832.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 18 February 1986.

## STATE v. KIRKPATRICK

No. 126P86.

Case below: 79 N.C. App. 370.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 March 1986. Petition by defendant for writ of supersedeas and temporary stay denied 11 March 1986.

## STATE v. LILLEY

No. 22A86.

Case below: 78 N.C. App. 100.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 5 March 1986.

## STATE v. LOGAN

No. 127P86.

Case below: 79 N.C. App. 420.

Petition by defendant for writ of supersedeas and temporary stay denied 7 March 1986.

## STATE v. McLEAN

No. 270A85.

Case below: 74 N.C. App. 224.

Motion by defendant to dismiss notice of appeal by Attorney General under G.S. 7A-30 allowed 18 February 1986.